UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| JULIA CARPENTER<br>    Plaintiff<br><br>vs.<br><br>SANDOZ INC.<br>    Defendant<br>_____ | : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No: 2:17-cv-14124 |

**AMENDED SHORT FORM COMPLAINT**

Plaintiff, **JULIA CARPENTER**, incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendants.

Plaintiff further alleges as follows:

1. **Plaintiff:**

    Julia Carpenter

2. **Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):**

    Not applicable

3. **Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):**

    Not applicable

4. **Current State of Residence:**           Ohio

5. **State in which Plaintiff alleges injury:** <u>Ohio</u>

6. **Defendants (check all Defendants against whom a Complaint is made):**

    a. **Taxotere Brand Name Defendants**

        ☐   A.   Sanofi S.A.

        ☐   B.   Aventis Pharma S.A.

        ☐   C.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   D.   Sanofi-Aventis U.S. LLC

    b. **Other Brand Name Drug Sponsors, Manufacturers, Distributors**

        ☒   A.   Sandoz Inc.

        ☐   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☐   E.   Hospira Inc.

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.   Pfizer Inc.

        ☐   I.   Actavis LLC f/k/a Actavis Inc.

        ☐   J.   Actavis Pharma, Inc.

☐ K. Other:

7. **Basis for Jurisdiction:**

   ☒ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. **Venue:**

   **District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:**

   United States District Court
   Northern District of Ohio
   Cleveland Division

9. **Brand Product(s) used by Plaintiff (check applicable):**

   ☐ A. Taxotere

   ☐ B. Docefrez

   ☒ C. Docetaxel Injection

   ☐ D. Docetaxel Injection Concentrate

   ☐ E. Unknown

   ☐ F. Other:

10. **First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9.**

> First Date of Use:   On or about January 24, 2013
> Last Date of Use:    On or about March 28, 2013

11. **State in which Product(s) identified in question 9 was/were administered:**

> Ohio

12. **Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):**

> Plaintiff has suffered injuries as a result of the chemotherapy drug administered to her for treatment of breast cancer. Plaintiff's injuries include, but are not limited to, significant permanent hair loss throughout her scalp. Her injuries shall be fully set forth in Plaintiff's Fact Sheet and other responsive documents provided to Defendants.

13. **Counts in Master Complaint brought by Plaintiff:**

    ☒   Count I:     Strict Products Liability – Failure to Warn
    ☐   Count II:    Strict Products Liability for Misrepresentation
    ☒   Count III:   Negligence
    ☒   Count IV:    Negligent Misrepresentation
    ☒   Count V:     Fraudulent Misrepresentation
    ☒   Count VI:    Fraudulent Concealment
    ☒   Count VII:   Fraud and Deceit
    ☐   Count VIII:  Breach of Express Warranty (Sanofi Defendants only)

☒ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

> If such be necessary, Plaintiff further asserts causes of action pursuant to Ohio state substantive laws, including but not limited to, negligence, product liability, strict products liability and breach of warranty.
>
> Additionally, Plaintiff invokes the privileges of the substantive and statutory laws of the state of Ohio with respect to fraudulent concealment and the discovery rule as applied to the statute of limitations. Specifically, Plaintiff did not know that her permanent hair loss was related to her use of Taxotere/Docetaxel until in or about October 2017.

14. **Name of Attorneys, Bar Numbers, Law Firms, Phone Numbers, Email Addresses and Mailing Addresses representing Plaintiff:**

DATED: DECEMBER 2, 2017                     SHAW COWART, L.L.P.

/s/ *Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

Perry W. Neichoy
PERRY W. NEICHOY, P.C.
Texas Bar No. 14865590
perry@pwn-mediate.com
1609 Shoal Creek Blvd., Suite 100
Austin, Texas 78701
T: 409.839.4545 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*JULIA CARPENTER*